| **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I. §§ 301-09) |
|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| NICKERSON, WILLIAM M. | UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND | 1/25/90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | JANUARY 24, 1990 | JAN. 1, 1989 TO |

| Home or office address | | |
|---|---|---|
| COUNTY COURTS BUILDING 401 BOSLEY AVENUE TOWSON, MARYLAND 21204 | | JAN. 25, 1990 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

POSITION              NAME OF ORGANIZATION/ENTITY

[✓] NONE (No reportable positions)

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

DATE              PARTIES AND TERMS

[ ] NONE (No reportable agreements)

JUNE 1, 1985    Maryland State Retirement and Pension System - Judicial Plan. If present position relinquished before age 60, payment of pension deferred until age 60. Estimated monthly benefit at age 60 = $1,165.00. Alternatively, present contribution balance of $19,218.66 may be withdrawn upon resignation.

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

DATE (Honoraria only)       SOURCE AND TYPE       GROSS INCOME (yours, not spouse's)

[ ] NONE (No reportable non-investment income)

1. _____ STATE OF MARYLAND, TREASURY DEPT. (JUDICIAL SALARY)   $ 84,679.44
2. _____ _____ $ _____
3. _____ _____ $ _____
4. _____ _____ $ _____
5. _____ _____ $ _____
           $ _____

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

Name of Person Reporting: NICKERSON, WILLIAM M.

Date of Report: 1/25/90

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ✓ NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ✓ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ✓ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $0 to $1,000   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

**Name of Person Reporting:** NICKERSON, WILLIAM M.

**Date of Report:** 1/25/90

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse;
partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g. div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g. sold) | Date Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 200 SHRS ALLIED SIGNAL CM | B | div. | L | T | | | | | |
| 2 562 SHRS ALLTEL CORP. CM | B | div. | M | T | | | | | |
| 3 500 SHRS CHEVRON CORP. CM | C | div. | M | T | | | | | |
| 4 86 SHRS DELTA AIR LINES CM | B | div. | L | T | | | | | |
| 5 200 SHRS DU PONT E.I.Co. CM | B | div. | L | T | | | | | |
| 6 600 SHRS GTE CORP CM | C | div. | M | T | | | | | |
| 7 110 SHRS GENL. ELEC. Co. CM | B | div. | L | T | | | | | |
| 8 50 SHRS. NEW ENG. ELEC. Co. CM | B | div. | K | T | | | | | |
| 9 250 SHRS ORANGE-RKLD. UTIL. CM | B | div. | L | T | | | | | |
| 10 265 SHRS PACIFIC TELESIS CM | B | div. | L | T | | | | | |
| 11 250 SHRS SQUARE D. CO. CM | B | div. | L | T | | | | | |
| 12 500 SHRS TRANSAMERICA INCOME CM | B | div. | L | T | | | | | |
| 13 13,244 SHRS KEMPER MONEY MKT | B | div. | L | T | | | | | |
| 14 170 SHRS MUTUAL SHARES FUND | C | div. | L | T | | | | | |
| 15 494 SHRS NEUBERGER-BERMAN MUNICIPAL SEC. TRUST FUND | B | div. | L | T | | | | | |
| 16 202 SHRS STRONG ADVANTAGE FUND | A | div. | K | T | | | | | |
| 17 274 SHRS STRONG INVESTMENT FUND | B | div. | L | T | | | | | |
| 18 295 SHRS STRONG SHORT TERM BOND F. | B | div. | K | T | | | | | |
| 19 480 SHRS STRONG TOTAL RETURN FUND | B | div. | L | T | | | | | |
| 20 280 SHRS T. ROWE PRICE EQUITY INCOME FUND | B | div. | K | T | | | | | |

1 Income Gain Codes: A = extluga ($0 to $100) B = $101 to $1,000 C = $1,001 to $2,500 D = $2,501 to $5,000
E = $5,001 to $15,000 F = $15,001 to $50,000 G = $50,001 to $100,000 H = over $100,000
2 Value Codes: J = exempt ($0 to $1,000) K = $1,001 to $5,000 L = $5,001 to $15,000
N = $50,001 to $100,000 O = $100,001 to $250,000 P = over $250,000
3 Value Method Codes: Q = Appraisal K = Cost (real estate only) S = Assessment

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| NICKERSON, WILLIAM M. | 1/25/90 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code (A-H) | Type (e.g. div.) | Value Code (J-P) | Value Method Code (Q-W) | Type (e.g. sold) | Date Month-Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 1241 SHRS T. ROWE PRICE NEW INCOME FUND | B | div. | L | T | | | | | |
| 2. 2984 SHRS T. ROWE PRICE PRIME RESERVE FUND | B | div. | K | T | | | | | |
| 3. T. ROWE PRICE REALTY INCOME FUND II & III (IRAS) | A | div. | L | T | | | | | |
| 4. 253 SHRS T. ROWE PRICE TAX FREE INCOME FUND | B | div. | K | T | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting NICKERSON, WILLIAM M. | Date of Report 1/25/90 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

NONE

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature  _William M Nickerson_                    Date  1/25/90

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:    Judicial Ethics Committee
   Administrative Office of the
   United States Courts
   Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal

Digitized by Google